

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| CAMILLE KITCHENS, INDIVIDUALLY AND ON BEHALF OF THE UNOPENED SUCCESSION OF WILLIAM HOWARD KITCHENS | * | CIVIL ACTION NO. 13-2446 |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| FORD MOTOR COMPANY | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered and finding that it is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff Camille Kitchens's claim(s) brought on behalf of the unopened succession of William Howard Kitchens, only, are hereby **DISMISSED**, with prejudice, leaving intact any and all claims she may have in her individual capacity. Fed.R.Civ.P. 12(b)(6).

**THUS DONE AND SIGNED** in Shreveport, Louisiana this _____ day of January 2014.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE